# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF NEW YORK

---

**Eduardo Medrano**

    vs.

**T. S. Craig, Warden**

---

JUDGMENT IN A CIVIL CASE

**CASE NO.**   9:05-CV-1422

    ____   **JURY VERDICT.**   This action came before this Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

  **X**   **DECISION BY COURT.**   This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** THAT PETITIONER'S PETITION IS DISMISSED.

IN ACCORDANCE WITH THE HONORABLE THOMAS J. MCAVOY'S MEMORANDUM-DECISION AND ORDER FILED JANUARY 27, 2006.

Dated:  January 27, 2006

*Lawrence K. Baerman*
Clerk of Court

s/S. Potter
By:  Deputy Clerk